

SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: July 19, 2022

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **ROBERT L. RANDLE, II** | **CASE NO. 20-00454-JAW** |

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL
### SAMUEL CREASEY

Upon application seeking authorization to employ Samuel Creasey, of the law firm Morgan & Morgan PLLC, to act as attorney for the estate (Dkt. No. 81) and it appearing that Samuel Creasey and the law firm of Morgan & Morgan PLLC, its members and associates, do not hold or represent an interest adverse to the estate and are disinterested persons and that the employment is in the best interest of the estate.

IT IS ORDERED that Samuel Creasey is employed as special counsel for the bankruptcy estate.

##SO ORDERED##

Submitted by:

Elizabeth J. Spell, MSB#102317
Robert E. Moorehead, Attorneys at Law, PLLC
220 W. Jackson Street
Ridgeland, MS  39157
(601)956-4557
l.elizabeth.johnson@gmail.com